## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE NORTHERN DISTRICT OF MISSISSIPPI

**IN THE MATTER OF:**
**TAMATHA H. COX**

**CHAPTER 13 NO:**

**20-11548-JDW**

335 WEST RIDGE BLVD.
HOLLY SPRINGS, MS 38635

---

### NOTICE TO DEBTOR

---

NOTICE is hereby given that your plan payment will change from **$704.00**  **( MONTHLY )** to **$816.00   ( MONTHLY )** effective in **07/2020.** Your plan payment is being remitted **by your employer / direct / by automatic bank draft.**

The reason for the changes in your plan payment is:

_____   Due to a change in your monthly mortgage payment;

 XX    Due to a claim being filed for a different amount than scheduled;

_____   Due to entry of an order;

_____   Other: _____

If your **employer is withholding the plan payment from your wages,** you are responsible for remitting the difference, if any, should your employer fail to withhold the new payment.

If you are paying by **automatic bank draft,** please be sure there are sufficient funds in your account to satisfy the new payment.

If you are paying **direct,**  please be aware that the Trustee **DOES NOT**  accept personal checks. You can remit payments online through **https://tfsbillpay.com** or mail guaranteed funds, in the form of a **cashier's check or money order** with your **case number and last name** in the description line, to

    Locke D. Barkley
    P.O. Box 1859
    Memphis, TN 38101-1859

Should you have any questions concerning this, please contact your attorney.

Date:  6/2/2020

CC:   HEIDI S MILAM
       PO BOX 1169
       SOUTHAVEN, MS 38671

Respectfully submitted,
LOCKE D. BARKLEY

/s/ Locke D. Barkley
CHAPTER 13 TRUSTEE

## CERTIFICATE OF SERVICE

    I do hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and I hereby certify that I either mailed by United States Postal Service, first class, postage prepaid, or electronically notified through the CM/ECF system, a copy of the above and foregoing to the Debtor, attorney for the Debtor, the United States Trustee, and other parties in interest, if any, as identified below.

Date:  6/2/2020

/s/ Locke D. Barkley  
LOCKE D. BARKLEY  
CHAPTER 13 TRUSTEE